# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**547**

**KA 07-01781**

PRESENT: SCUDDER, P.J., CENTRA, CARNI, SCONIERS, AND GREEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                              ORDER

DORSEY JAMES, ALSO KNOWN AS JAMES DORSEY,
DEFENDANT-APPELLANT.

---

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (CHRISTINE M. COOK OF COUNSEL), FOR DEFENDANT-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (HANNAH STITH LONG OF COUNSEL), FOR RESPONDENT.

---

Appeal from an order of the Onondaga County Court (Anthony F. Aloi, J.), entered February 22, 2007 pursuant to the 2005 Drug Law Reform Act. The order granted defendant's application for resentencing upon defendant's 2006 conviction of criminal possession of a controlled substance in the second degree and specified the sentence that would be imposed.

It is hereby ORDERED that the order so appealed from is unanimously affirmed.

Entered:  April 29, 2011                        Patricia L. Morgan
                                                Clerk of the Court